UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO,

                Plaintiff,

    - against -

OSC SPORTS, INC. & OLYMPIA SPORTS
ACQUISITIONS LLC,

                Defendants.

20-cv-6913 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are instructed to file a Rule 26(f) report by _____11/25_____, 2020.

SO ORDERED.

Dated:    New York, New York
           November 17, 2020

                                         John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
FILED: 11-17-20