UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCOS CALCANO, ON BEHALF OF )
HIMSELF AND ALL OTHER PERSONS )
SIMILARLY SITUATED, )
)
    Plaintiffs, )
)
v. )   Civil Action No. 1:20-cv-06913-JGK
)
OSC SPORTS, INC. AND OLYMPIA SPORTS )
ACQUISITIONS LLC, )
)
    Defendants. )

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that all claims that were, or could have been, asserted by plaintiff Marcos Calcano against defendants OSC Sports, Inc. and Olympia Sports Acquisitions LLC in this action are hereby dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses, and with all rights of appeal waived.

| MARCOS CALCANO | OLYMPIA SPORTS ACQUISITIONS LLC |
|---|---|
| By his attorneys, | By its attorneys, |
| */s/ Jeffrey M. Gottlieb* | */s/ Matthew C. Moschella* |
| Jeffrey M. Gottlieb | Matthew C. Moschella |
| 150 E. 18 Street, Suite PHR | SHERIN AND LODGEN LLP |
| New York, NY 10003 | 101 Federal Street |
| nyjg@aol.com | Boston, Massachusetts 02110 |
| (212)-228-9795 | mcmoschella@sherin.com |
| | (617) 646-2000 |

18

01034453.4

OSC SPORTS, INC.

By its attorneys,

*/s/ Melanie A. Conroy*

Melanie A. Conroy
PIERCE ATWOOD LLP
100 Summer Street, 22nd Floor
Boston, MA 02110
mconroy@pierceatwood.com
(617) 488-8119

Dated: April 6, 2021

> SO ORDERED.
>
> New York, New York         /s/ John G. Koeltl
> April 7, 2021              John G. Koeltl
>                            U.S.D.J.

19

01034453.4